UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNI HERNANDEZ,<br><br>    Petitioner,<br><br>  v.<br><br>GARY SANDOR, Warden,<br><br>    Respondent. | No. CV 11-4352-MWF AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: April 1, 2013

                                   MICHAEL W. FITZGERALD
                                   United States District Judge