1

2

3

4

5

6

7

8          UNITED STATES DISTRICT COURT

9          CENTRAL DISTRICT OF CALIFORNIA

10

11   DANNI HERNANDEZ,                    )          NO. CV 11-4352-MWF (AGR)
                                         )
12          Petitioner,                  )
                                         )
13          v.                           )
                                         )
14   GARY SANDOR, Warden,                )          ORDER ACCEPTING FINDINGS
                                         )          AND RECOMMENDATION OF
15          Respondent.                  )          UNITED STATES MAGISTRATE
                                         )          JUDGE
16                                       )
                                         )
17   _____)

18

19          Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, records

20   on file, and the Report and Recommendation of the United States Magistrate

21   Judge.  Further, the Court has engaged in a *de novo* review of those portions of

22   the Report to which Petitioner has objected.  The Court accepts the findings and

23   recommendation of the Magistrate Judge.

24          Petitioner contends that the magistrate judge "failed to give any reason why

25   [she] submitted the (R-R) to the judge." (Objections at VII.)  The magistrate judge

26   submitted the Report to this Court "pursuant to 28 U.S.C. § 636 and General

27   Order No. 05-07" of the Central District.  (Report at 1.)  Section 636(b)(1)(B)

28   authorizes a district court to "designate a magistrate judge to conduct hearings,

1  including evidentiary hearings, and to submit to a judge of the court proposed

2  findings of fact and recommendations for the disposition, by a judge of the court .

3  . . of applications for posttrial relief made by individuals convicted of criminal

4  offenses."  The Central District refers non-capital state habeas corpus petitions to

5  full-time magistrate judges to prepare a Report and Recommendation for

6  submission to the district court.  *See* General Order 05-07 at 2, 8.

7            Petitioner's remaining objections have no merit.

8            IT IS ORDERED that judgment be entered denying the petition and

9  dismissing this action with prejudice.

10

11  DATED:   May 22, 2013                    _____

12                                          MICHAEL W. FITZGERALD
                                            United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                     2