UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNI HERNANDEZ,<br><br>        Petitioner,<br><br>   v.<br><br>GARY SANDOR, Warden,<br><br>        Respondent. | No. CV 11-4352-MWF AGR)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: May 22, 2013

                                        MICHAEL W. FITZGERALD
                                        United States District Judge